# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1025**  **September Term, 2020**
FILED ON: AUGUST 13, 2021

ENVIRONMENTAL HEALTH TRUST, ET AL.,
   PETITIONERS

v.

FEDERAL COMMUNICATIONS COMMISSION AND UNITED STATES OF AMERICA,
   RESPONDENTS

Consolidated with 20-1138

On Petitions for Review of an Order
of the Federal Communications Commission

Before: HENDERSON, MILLETT and WILKINS, *Circuit Judges*

### J U D G M E N T

These causes came on to be heard on the petitions for review of an order of the Federal Communications Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be granted in part and the case be remanded to the Commission to provide a reasoned explanation for its determination that its guidelines adequately protect against harmful effects of exposure to radiofrequency radiation unrelated to cancer, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

   BY:  /s/

        Michael C. McGrail
        Deputy Clerk

Date: August 13, 2021

Opinion for the court filed by Circuit Judge Wilkins.
Opinion dissenting in part filed by Circuit Judge Henderson.